FILED
2012 Apr-12 PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ASHLEY J. MEZRANO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:11-cv-3530-AKK** |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, *et al.*,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Consistent with Plaintiff Ashley J. Mezrano ("Plaintiff") and Defendant Experian Information Solutions, Inc.'s ("Experian") Joint Motion For Dismissal of Experian Information Solutions, Inc., with Prejudice, doc. 26, it is **ORDERED** all claims against Experian are **DISMISSED WITH PREJUDICE**.

Each party bears its own costs.

**DONE** the 12th day of April, 2012.

Abdul Kallon

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE